[No. 31740-4-III.  Division Three.  December 23, 2014.]

SHARON SHEPARD, *Appellant*, v. DAVID HOLMES ET AL.,
*Defendants*, ERA SUN RIVER REALTY ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-2-03105-1, Carrie L. Runge, J., entered June 10, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ. Now published at 185 Wn. App. 730.

[No. 70147-9-I.  Division One.  December 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK CURTIS
HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04083-1, Kimberly Prochnau, J., entered March 22, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Becker and Lau, JJ.

[No. 70656-0-I.  Division One.  December 29, 2014.]

MICHAEL KEITH ET AL., *Plaintiffs*, v. PRESTIGE CUSTOM
BUILDERS, INC., *Defendant*.

PRESTIGE CUSTOM BUILDERS, INC., *Respondent*, v. CHET'S
ROOFING AND CONSTRUCTION, INC., ET AL., *Defendants*,
HUARD SEPTIC DESIGN MONITORING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-22788-8, Laura Gene Middaugh, J., entered June 19, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Trickey, JJ.